# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Head, Jr., Hayden W. | U.S. District Court, Southern District of Texas | 07/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>06/01/2018 |

**7. Chambers or Office Address**

U.S. District Courthouse
1133 N. Shoreline Blvd
Corpus Christi, TX 78401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Farm Leasing Agent | Family Farm, Grayson county, Texas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 07/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 07/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-Herndon Plant Oakley(H) | | | | | | | | | |
| 2. -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | L | T | | | | | |
| 3. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | J | T | | | | | |
| 4. Herndon Plant Oakley Brokerage Account (H) | | | | | | | | | |
| 5. -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | L | T | | | | | |
| 6. -U.S. Treasury Bond, due 11/21 | C | Int./Div. | L | T | | | | | |
| 7. -Ford Motor Company | A | Int./Div. | | | Sold | 03/22/17 | J | | |
| 8. -Blackrock Muni 2020 Term Trust | A | Int./Div. | K | T | | | | | |
| 9. -Pimco Municipal Income Fund II | B | Int./Div. | K | T | | | | | |
| 10. -Ishares ETF IYLD | A | Int./Div. | K | T | | | | | |
| 11. -Canadian Maple Leaf Coins-American Bank | | None | K | T | | | | | |
| 12. -Doubline FDS Tr Low Duration BD FD CLN | B | Int./Div. | M | T | | | | | |
| 13. Herndon Plant Oakley Brokerage Account (W) (H) | | | | | | | | | |
| 14. -Wells Fargo Sweep Account | A | Int./Div. | | | Sold | 04/25/17 | J | | |
| 15. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | | | Sold | 04/25/17 | J | A | |
| 16. The GMS Group LLC (H) | | | | | | | | | |
| 17. -ATT Inc Global NTS 25000 5.35% due 2066 | A | Int./Div. | K | T | Buy | 10/26/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 07/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Harris County Tex Mun Util | A | Int./Div. | K | T | | | | | |
| 19.  -Austin Tx Convention Enterprises Inc | A | Int./Div. | | | Redeemed | 06/08/17 | K | | |
| 20.  -Chambers County Tex Impt Dist | A | Int./Div. | K | T | Buy | 09/18/17 | K | | |
| 21.  American Bank Accounts, Corpus Christi TX | A | Int./Div. | N | T | | | | | |
| 22.  Becks Prime Boc Ltd, Partnership Unit | | None | J | U | | | | | |
| 23.  (Becks)Dairy-Ashford /I-10 SE, Ltd Partnership Unit | A | Distribution | J | U | | | | | |
| 24.  Transamerica Occidental; Univeral Life Ins Policy | C | Int./Div. | L | T | | | | | |
| 25.  Overridding Royalty Int, Nueces Co, Tx & Borden Co. TX | A | Royalty | J | W | | | | | See VIII |
| 26.  Farm, Grayson Co, Texas | A | Rent | L | W | | | | | See VIII |
| 27.  Genworth Life and Annuity Insurance (formerly First Colony) | A | Int./Div. | | | Matured | 06/30/17 | | | See VIII |
| 28.  401(k) Div Inv Var Fund Diversivide Inv Advisor | A | Dividend | K | T | | | | | |
| 29.  Navy/Army FCU, Corpus Christi TX | B | Int./Div. | K | T | | | | | See VIII |
| 30.  TD Ameritrade (H) | | | | | | | | | |
| 31.  -Carillon Scout Mid Cap Funds | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 32.  -Ishares Gold Trust | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 33.  -Cash | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 07/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following notes apply to Section VII. Investments and Trusts, Item #

25  Production is sold by Sunoco Partners Marketing & Terminals L.P.

26  96 acres are valued at $2000 per acre based on prior sale.

27 Term life insurance policy expired in 2017; cash value 12/31/16 less than $1,000

29 This is the separate property of the Judge's

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hayden W. Head, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544